# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**October 18, 2013**

| | | |
|---|---|---|
| CAAP–12–00 00741 | Adams v. CDM Media USA, Inc. | Affirmed |

**October 23, 2013**

| | | |
|---|---|---|
| CAAP–13–00 00065, CAAP–13–00 00111 | Wideman v. State | Affirmed |

**October 24, 2013**

| | | |
|---|---|---|
| CAAP–11–00 00490 | State v. Zittnan | Affirmed |
| 30697 | Title Guar. Escrow Services, Inc. v. Szymanski | Vacated and Remanded |

**October 25, 2013**

| | | |
|---|---|---|
| CAAP–10–00 00031 | Lindgard v. Residuary Ltd. Partnership | Affirmed |
| CAAP–11–00 00497 | State v. Tadly | Affirmed |
| 30522 | Vockroth v. Vockroth | Vacated and Remanded |

**October 29, 2013**

| | | |
|---|---|---|
| 30203 | State v. Kilauea Irr. Co., Inc. | Vacated and Remanded |
| 30210 | State v. Mokulehua | Vacated and Remanded |
| 29545 | Wah Kam, In re Estate of | Affirmed |

**October 30, 2013**

| | | |
|---|---|---|
| CAAP–11–00 00043 | State v. Oshiro | Affirmed |